00459

Order entered October 26, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01449-CV

## IN RE THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Relator

### On Appeal from the 95th District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-07946

## ORDER
Before Justices Moseley and Myers

Before the Court is relator's October 26, 2012 motion for emergency relief. We **GRANT** the motion and **STAY** the trial court's October 3, 2012 "Order as to Defendant The University of Texas Southwestern Medical Center's Motion to Quash and Objection to Plaintiff's Notice of Oral Deposition Together with Duces Tecum." This stay shall remain in place until further order of this Court.

JIM MOSELEY
PRESIDING JUSTICE